UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENEE R. MURRAY,

       Plaintiff,

v.                                                         4:05cv173-WS

BOARD OF TRUSTEES, FLORIDA
STATE UNIVERSITY,

       Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Before the court is the defendant's motion for extension of time within which to file a responsive pleading to the plaintiff's complaint. Doc. 3. The plaintiff does not oppose the motion.

Accordingly, it is ORDERED:

1. The defendant's motion (doc. 3) for extension of time within which to file a responsive pleading to the plaintiff's complaint is GRANTED.

2. The defendant shall have until June 8, 2005, to file a responsive pleading to the plaintiff's complaint.

DONE AND ORDERED this May 25, 2005.

                                             /s William Stafford
                                             WILLIAM STAFFORD
                                             SENIOR UNITED STATES DISTRICT JUDGE