UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RENEE R. MURRAY,

    Plaintiff,

v.                                        4:05cv173-WS

BOARD OF TRUSTEES, FLORIDA
STATE UNIVERSITY,

    Defendant.

_____

ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 10). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery will be commenced in time to be completed by October 31, 2005.

3. Potentially dispositive motions, if any, should be filed by November 21, 2005.

4. Plaintiff's counsel shall advise the court on or before October 31, 2005, whether and when the parties will attend mediation.

DONE AND ORDERED this June 29, 2005.

                                /s William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE